[No. 7815-1-I. Division One. February 17, 1981.]

*In the Matter of the Marriage of* PETER PULAWSKI, *Appellant, and* MARIA PULAWSKI, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-114156, Norman W. Quinn, J., entered June 26, 1979. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Andersen, JJ.

[No. 8342-2-I. Division One. February 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BETTY JO ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76794, Robert E. Dixon, J., entered January 11, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 3656-1-III. Division Three. February 17, 1981.]

JACK D. PHIPPS, *Appellant,* v. LARRY EDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 22303, Charles W. Cone, J., entered October 9, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.